# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| INCYTE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. N15C-09-055 MMJ CCLD |
| | ) | |
| FLEXUS BIOSCIENCES, INC., | ) | |
| TERRY ROSEN, and JUAN JAEN, | ) | |
| | ) | |
| Defendants. | ) | |

## FINAL ORDER AND JUDGMENT

This 21st day of May, 2019, the Court hereby enters a Final Order and Judgment, pursuant to Superior Court Civil Rule 58, as decided by the jury pursuant to the November 7, 2018 Verdict Form.

All parties shall bear their own attorneys' fees.

**IT IS SO ORDERED.**

_____
The Honorable Mary M. Johnston